UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07 - 80291

C. B. FLEET COMPANY,
INCORPORATED,

CIV-RYSKAMP

Plaintiff

MAGISTRATE JUDGE
VITUNAC

vs.

UNICO HOLDINGS, INC.,

Defendant.

_____/

## PLAINTIFF C.B. FLEET COMPANY, INCORPORATED'S
## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff C.B. Fleet Company, Incorporated ("**C.B. Fleet**") moves that the Court preliminarily enjoin and restrain Unico Holdings Inc., its directors, principals, officers, agents, representatives, servants, attorneys, successors and assigns (collectively, "**Defendant**"), and anyone in privity with Defendant, from:

i.      imitating, copying, reproducing, or making any other infringing use or infringing distribution of C.B. Fleet's "*FLEET® PHOSPHO-SODA® EZ-Prep™ Bowel Preparation Instructions*" or package design for its "*FLEET® PHOSPHO-SODA® EZ-PREP™* product covered by the Certificate of Copyright No. VA 1-392-161 (collectively the "**Fleet Copyrighted Works**");

ii.      manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Fleet Copyrighted Works;

    iii.  using any false designation of origin, providing false descriptions of the qualities or characteristic, or using graphic images of any element of any of the Fleet Copyrighted Works, which can or is likely to lead the trade or public or individuals erroneously to believe that any product of Defendant has been manufactured, assembled, produced, distributed, offered for distribution, circulated, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved or authorized by or for C.B. Fleet; and

    iv.  engaging in any other activity constituting an infringement of C.B. Fleet's copyrights in any of the Fleet Copyrighted Works.

  C.B. Fleet further moves that the Court order Defendant to recall and retrieve any and all of Defendant's Products that are being or have been used, advertised, marketed, offered, distributed or sold in the marketplace that bear or contain any content, material, images, or package designs that infringe on C.B. Fleet's copyrights in any of the Fleet Copyrighted Works.

  In support of this motion, C.B. Fleet relies upon its MEMORANDUM OF LAW, the DECLARATION OF STEVEN P. RUHF, Director of Global Marketing - Gastro, C.B. Fleet, the DECLARATION OF GARY BRUNETTI, Paralegal for Sheppard, Mullin, Richter & Hampton, LLP, the DECLARATION OF HAROLD ETTINGER, the DECLARATION OF MATTHEW W. CLANTON, attorney at Sheppard, Mullin, Richter & Hampton, LLP, and the DECLARATION OF MICHELE G. JOHNSON, attorney at Fowler White Boggs Banker P.A., and Exhibits associated with each of the aforementioned declarations, all of which are filed concurrently herewith.

Respectfully submitted,

C.B. FLEET COMPANY, INCORPORATED

*OF COUNSEL*

Donald J. Pelto, Esq.
dpelto@sheppardmullin.com
David F. Geneson
FBN: 173525
dgeneson@sheppardmullin.com
Matthew W. Clanton
mclanton@sheppardmullin.com
Sheppard, Mullin, Richter &
Hampton LLP
1300 I Street, NW
Eleventh Floor East
Washington, DC 20006
Tel: (202) 218-0000
Fax: (202) 218-0020

By: _____
Janet T. Munn, Esq.
FBN: 501281
jmunn@ebglaw.com
EPSTEIN BECKER & GREEN. P.C.
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 2100
Miami, FL 33131
Tel: (305) 375-7592
Fax: (305) 982-1521

*Counsel for Plaintiff C.B. Fleet Company, Incorporated.*

Date: March 30, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via

Process Server upon:

Christopher A. Bohlman
1830 2nd Avenue North
Bay # 1
Lake Worth, Florida  33461
(Unico Holdings, Inc. Registered Agent)


_____
Janet T. Munn


MI:99756